# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

DAPENG LUO, Individually and on
behalf of all other persons similarly
situated,           Plaintiff

V.

VIISAGE TECHNOLOGY, INC., BERNARD C.
BAILEY, WILLIAM K. AULET, DENIS K. BERUBE,
BUDDY G. BECK, MARCEL YON, THOMAS
J. REILLY and CHARLES E. LEVINE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 10615 MLW**

TO: (Name and address of Defendant)

William K. Aulet
Viisage Technology, Inc.
296 Concord Road, 3rd Floor
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    MAR 29 2005

CLERK    /s/ [signature]

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 25, 2005

I hereby certify and return that on 4/22/2005 at 11:45AM I served a true and attested copy of the SUMMONS AND COMPLAINT & CERTIFICATION in this action in the following manner: To wit, by delivering in hand to DIANE GROCHMAL, agent, person in charge at the time of service for WILLIAM K AULET, at VIISAGE TECHNOLOGY, INC., 296 CONCORD Road, 3RD FLOOR Billerica, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($12.16) Total Charges $48.16

*George A. Hooper*

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.