# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

DAPENG LUO, Individually and on
behalf of all other persons similarly
situated,
                Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

VIISAGE TECHNOLOGY, INC., BERNARD
C. BAILEY, WILLIAM K. AULET, DENIS
K. BERUBE, BUDDY G. BECK, MARCEL YON
THOMAS J. REILLY and CHARLES E.
LEVINE
                Defendants

CASE NUMBER:

**05 10615 MLW**

TO: (Name and address of Defendant)

Person Designated to Accept Service
Viisage Technology, Inc.
296 Concord Road, 3rd Floor
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON           MAR 2 9 2005

CLERK                                DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

Middlesex, ss.

April 25, 2005

I hereby certify and return that on 4/22/2005 at 11:45AM I served a true and attested copy of the SUMMONS AND COMPLAINT & CERTIFICATION in this action in the following manner: To wit, by delivering in hand to DIANE GROCHMAL, agent, person in charge at the time of service for VIISAGE TECHNOLOGY, INC., 296 CONCORD Road, 3RD FLOOR Billerica, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

*George A. Hooper*

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.